UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-4303
_____

TIMOTHY HANSON,
Appellant

v.

SUPERINTENDENT MARTIN L. DRAGOVICH; *TOM CORBETT, ATTORNEY
GENERAL OF PENNSYLVANIA
*(Pursuant to Rule 43(c), F. R. A. P.)
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA
(D.C. Civ. Action No. 02-cv-00069)
District Judge: Honorable Kim R. Gibson
_____

Argued on October 20, 2010
_____

Before: HARDIMAN, GREENAWAY, JR., and NYGAARD, Circuit Judges

(Opinion Filed: February 1, 2011)
_____

ORDER AMENDING OPINION
_____


It is hereby ORDERED that the attached amended opinion is to be substituted for
the opinion filed on February 1, 2011. Because there is no substantive change to the
opinion, the time for rehearing has already expired and the mandate shall issue forthwith.


By the Court,

 /s/Joseph A. Greenaway, Jr.
Circuit Judge

Dated: April 11, 2011